ACCEPTED
04-15-00605-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 4:23:11 PM
KEITH HOTTLE
CLERK

No. 2015-CI-10992

No. 4-15-_____-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/28/2015 4:23:11 PM
KEITH E. HOTTLE
Clerk

IN THE

COURT OF APPEALS

FOR THE

FOURTH COURT OF APPEALS DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

_____

GEORGE B. DOMBART,

*Appellant*

v.

MARCI MADLA and BRANDON BRIGANCE,

*Appellees*

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

**TO FILE NOTICE OF ACCELERATED APPEAL**

_____

TO THE HONORABLE COURT OF APPEALS:

Now Comes GEORGE B. DOMBART, Appellant in the above-styled and numbered cause, filing this his Motion for Extension of Time to Notice of Accelerated Appeal, pursuant to Rules 10.5(b) and 26.3, TEXAS RULES OF APPELLATE PROCEDURE, and as cause for same, would respectfully show the Court the following:

I.

On September 1, 2015, the 73rd Judicial District Court of Bexar County, Texas, signed an appealable order in Cause No. 2015-CI-10992, styled *Marci Madla and Brandon Brigance, Plaintiffs, v. George B. Dombart, Defendant.*

II.

Appellant's Notice of Accelerated Appeal was originally due to be filed in the trial court on September 21, 2015.

III.

Appellant filed in the trial court his Notice of Accelerated Appeal on September 28, 2015, which was within 15 days of the date the Notice was originally due to be filed. A copy of that Notice is attached to this motion.

IV.

The Notice of Accelerated Appeal was not timely filed because of Defendant's counsel being out of his office for an extensive period of time due to a death in his family and a mistaken belief that the time for filing an appeal to the trial court's Order was thirty days instead of twenty days. Appellant's failure to timely file the Notice of Accelerated Appeal was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance.

V.

As shown by the attached certificate of conference, Appellant's attorney conferred with counsel for Appellees, and Appellees do not agree with this motion to extend time.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Court grant him an extension of time to file his Notice of Accelerated Appeal under Rule 26.3, TEXAS RULES OF APPELLATE PROCEDURE. Appellant additionally prays for any other and further relief to which he may be entitled.

Respectfully submitted,

GOLDEN LAW, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, TX 78232-4363
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

/S/

By: _____
Robert E. Golden
Texas Bar No. 08085560

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned, as attorney for Appellant, conferred with counsel for Appellees, and Appellees oppose this motion to extend time.

/S/

_____
Robert E. Golden

# VERIFICATION

STATE OF TEXAS §

§

COUNTY OF BEXAR §

BEFORE ME, the undersigned notary public, on this day personally appeared ROBERT E. GOLDEN, who being by me duly sworn deposed and said that he is the attorney for Appellant in the above-styled and numbered cause, that he has read the above and foregoing motion, and that every statement contained therein is within his personal knowledge and is true and correct.



_____
Robert E. Golden

SUBSCRIBED AND SWORN TO BEFORE ME on this the 28 day of September, 2015.

TRACY D DAUS
My Commission Expires
April 18, 2019

_____
Notary Public, State of Texas
Notary's Printed Name:
_____
My Commission expires: 4·18·19

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by first class United States mail, facsimile transmission and/or electronic transmission to Rashin Mazaheri, 111 Soledad, Suite 110, San Antonio, Texas 78205 on the 28th day of September, 2015.

/S/

_____
Robert E. Golden



EXHIBIT  A

No. 2015-CI-10992

| MARCI MADLA and BRANDON BRIGANCE, | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | 407th JUDICIAL DISTRICT |
| | § | |
| GEORGE B. DOMBART, | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF ACCELERATED APPEAL

TO THE CLERK OF THE COURT:

Now Comes GEORGE B. DOMBART, Defendant in the above-styled and numbered cause, gives notice of his intent to appeal the trial court's order rendered on September 1, 2015 by accelerated appeal. This accelerated appeal is taken to the Fourth Court of Appeals in San Antonio, Texas, filing this his Notice of Appeal herein and, in accordance with Rules 25, 26, and 28, TEXAS RULES OF APPELLATE PROCEDURE, would respectfully show the following:

1. The trial court that signed the Temporary Restraining Order and Injunction was the 73rd Judicial District Court of Bexar County, Texas.

2. The Temporary Restraining Order and Injunction was signed on September 1, 2015.

3. Plaintiff desires to appeal this Temporary Injunction Order of the Court.

4. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

5. The party filing this notice is GEORGE B. DOMBART, Defendant herein.

FILED this 28th day of September, 2015.

Respectfully submitted,

GOLDEN LAW, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, TX 78232-4363
(210) 495-0900
(210) 495-0997 (fax)

/S/

By: _____
      Robert E. Golden
      Texas Bar No. 08085560

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by first class United States mail, facsimile transmission and/or electronic transmission to Rashin Mazaheri, 111 Soledad, Suite 110, San Antonio, Texas 78205 on the 28th day of September, 2015.

/S/

_____
Robert E. Golden